# IN THE SUPREME COURT OF THE STATE OF NEVADA

COREY JOHNSON,
  Appellant,

vs.

THE STATE OF NEVADA,
  Respondent.

No. 82837

FILED

MAY 13 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "the decision of the District Court to deny Petitioners [sic] Writ of Habeas Corpus in Case Number A-20-821716-W."

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on November 25, 2020. The district court served notice of entry of that order on appellant on December 3, 2020. Appellant did not file the notice of appeal, however, until April 26, 2021, well after the expiration of the 30-day appeal period prescribed by NRS 34.575. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

21-13868

cc:    Chief Judge, Eighth Judicial District Court
       Eighth Judicial District Court, Department 15
       Eighth Judicial District Court, Department 24
       Corey Johnson
       Attorney General/Carson City
       Attorney General/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A